IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RODNEY W. MCCLANTON, SR                                        PLAINTIFF

v.                              Case No. 6:25-cv-06129

APRIL THOMPSON;
APRIL WILSON; and DOES                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on March 18, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 13).   Judge Comstock recommends that Plaintiff's complaint be dismissed without prejudice for failure to obey court orders and failure to prosecute.  (ECF No. 13, at 3).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*.  Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's orders and for failure to prosecute this case.

**IT IS SO ORDERED**, this 10th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge